1 | JONATHAN ABEL (CA SBN #293086), Designated Counsel for Service
Professor of Law
2 | U.C. Law San Francisco, Immigrants' Rights Clinic
200 McAllister Street, Rm. 342-200
3 | San Francisco, CA 94102
Telephone: 628-227-0746
4 | Facsimile: 415-712-0228
Email: abeljonathan@uclawsf.edu
5 |
*Pro Bono Attorney for Petitioner*
6 |

7 |
UNITED STATES DISTRICT COURT
8 | EASTERN DISTRICT OF CALIFORNIA

9 | QUIRINO GUERRERO LEPE,

Case No.
10 |                              Petitioner,

11 |
          v.                         **[PROPOSED] ORDER GRANTING
                                     MOTION FOR A TEMPORARY
12 |                                 RESTRAINING ORDER**
TONYA ANDREWS, in official capacity,
13 | Facility Administrator of Golden State Annex;   **Immigration Habeas Case**
ORESTES CRUZ, in official capacity, Field
14 | Office Director of ICE's San Francsico Field
Office; TODD M. LYONS, in official capacity,
15 | Acting Director of ICE, KRISTI NOEM, in
official capacity, Secretary of the U.S.
16 | Department of Homeland Security; PAM
BONDI, in official capacity, Attorney General
17 | of the United States,

18 |                              Respondents.

19 |

20 |

21 |

22 |

23 |

24 |

[PROPOSED] ORDER GRANTING TRO MOTION

1 **[PROPOSED] ORDER GRANTING MOTION FOR A TEMPORARY RESTRAINING**

2 **ORDER**

3     Good cause having been shown, this Court ORDERS the issuance of a writ of habeas

4 corpus requiring Respondents to release Petitioner or provide Petitioner with a bond hearing

5 pursuant to 8 U.S.C. § 1226(a) within seven days of this order.

6     The Court further ORDERS bond in the amount of _____.

7     Further, the Court SCHEDULES a hearing on the motion for a preliminary injunction for

8 _____, 2025 (date) at _____ (time). The Court ORDERS Respondents

9 to file a response to Petitioner's Motion for a Preliminary Injunction for no later than

10 _____ and Petitioner to file his reply, if any, no later than _____.

11     In the event the Court grants Petitioner's Motion for Temporary Restraining Order ex

12 parte, Respondents are hereby notified that they may apply to the Court for modification or

13 dissolution on two days' notice or such shorter notice as the Court may allow pursuant to Local

14 Rule 231 and Fed. R. Civ. P. 65(b).

15 _____          _____

16     Date                    United States District Judge

17

18

19

20

21

22

23

24

[PROPOSED] ORDER GRANTING TRO MOTION