EASTERN DISTRICT OF CALIFORNIA

**TEMPORARY RESTRAINING ORDER
(TRO)
CHECKLIST**

**NOTE:** When filing a Motion for a TRO with the court, you must choose Motion for TRO. You must complete this document and attach it to your motion as an attachment in CM/ECF. If you have questions, please call the CM/ECF Help Desk at 1-866-884-5525 (Sacramento) or 1-866-884-5444 (Fresno).

(A)  *Check one.*  Filing party is represented by counsel  ☑

Filing party is acting in pro se  ☐

(B)  Has there been actual notice, or a sufficient showing of efforts to provide notice to the affected party? *See Local Rule 231 and FRCP 65(b).*

**Yes. Undersigned counsel e-mailed Edward Olsen with the U.S. Attorney's Office for E.D. Cal, as well as two assistants. Counsel also called Mr. Olsen and one of the AUSA's and faxed a letter to the Fresno Office. Please see attached Declaration of Counsel for more information.**

Did applicant discuss alternatives to a TRO hearing?

**Undersigned counsel requested an opportunity to discuss the matter. Undersigned counsel did not receive a substantive response from the office. Please see attached declaration of counsel for more information.**

Did applicant ask opponent to stipulate to a TRO?

**Undersigned counsel requested an opportunity to discuss the matter. Undersigned counsel did not receive a substantive response from the office. Please see attached declaration of counsel for more information.**

Opposing Party: **U.S. Attorney's Office for the Eastern District of California**

Telephone No.: **916-554-2821**

(C)  Has there been undue delay in bringing a TRO?

**No. TRO was brought as soon as practicable following the denial of an opportunity to seek custody review before the Immigration Court.**

Could this have been brought earlier?

Yes: ☐     No: ☑

(D)  What is the irreparable injury?

**Petitioner was taken into immigration detention on July 1, 2025. He requested a bond redetermination hearing in immigration court. However, the immigration judge deemed him ineligible to be considered for bond. This determination was in violation of the governing statute and of the Due Process Clause.**

Why the need for an expedited hearing?

**Each day he remains unlawfully detained is an irreparable injury to his protected liberty interest. In addition, Petitioner's detention is causing emotional harm, physical/medical harm, and financial harm to his family.**

(E)  Documents to be filed and (unless impossible) served on affected parties/counsel:

- ☑ (1) Complaint
- ☑ (2) Motion for TRO
- ☑ (3) Brief on all legal issued presented by the motion
- ☑ (4) Affidavit detailing notice, or efforts to effect notice, or showing why it should not be given
- ☑ (5) Affidavit in support of existence of irreparable harm
- ☑ (6) Proposed order with provision for bond
- ☑ (7) Proposed order with blanks for fixing:
    - ☑ Time and date of hearing for motion for preliminary injunction
    - ☑ Date for filing responsive papers
    - ☑ Amount of bond, if any
    - ☑ Date and hour of issuance
- ☑ (8) For TROs requested *ex parte*, proposed order shall notify affected parties they can apply to the court for modification/dissolution on 2 days notice or such shorter notice as the court may allow. *See Local Rule 231 and FRCP 65(b)*